**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KEVIN LOYNACHAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DARLENE SMILEY, et al.<br><br>Defendants. | **Case: 2:22-cv-00841-WBS-JDP**<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on 05/18/2022, Plaintiffs filed their Complaint. **(ECF NO. 1).**

WHEREAS, on 08/23/2022, this Court issued a scheduling order. **(ECF NO. 10**).

WHEREAS, the Siskiyou County District Attorney's Office has yet to conclude its investigation of Defendant Smiley's shooting of Plaintiffs' Decedent. Defendant Smiley is

unable to meaningfully participate in the civil discovery process while there is an open criminal investigation into the incident giving rise to this litigation. While Defendant's counsel has received indications for months from the District Attorney's Office that this investigation will be closed shortly, the Parties believe the case schedule should be extended as a precautionary action in case the investigation continues.

WHEREAS the Parties STIPULATE TO and JOINTLY REQUEST that this Court's initial scheduling order (**ECF NO. 10**) be amended accordingly:

| | | |
|---|---|---|
| Close of Fact Discovery: | ~~06/26/2023~~ | 9/25/2023 |
| Expert Witness Disclosure: | ~~04/17/2023~~ | 7/19/2023 |
| Rebuttal Expert Disclosure: | ~~5/22/2023~~ | 8/24/2023 |
| Dispositive Motion Filing: | ~~7/11/2023~~ | 10/12/2023 |
| Final Pretrial Conference: | ~~9/25/2023~~ | 1/04/2024 |
| Proposed Jury Trial: | ~~12/5/2023~~ | 3/11/2024 |

IT IS SO AGREED.

Dated: 2/21/2023         /s/ Ty Clarke
                         Ty Clarke
                         Attorney for Plaintiffs

Dated: 2/21/23           /s/ James Wyatt
                         James Wyatt
                         Attorney for Defendants

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**
**LOYNACHAN V. SMILEY**
- 2 -

**IT IS SO ORDERED:**

This Court's initial scheduling order (**ECF NO. 10**) is amended as follows:

| | |
|---|---|
| Close of Fact Discovery: | 9/25/2023 |
| Expert Witness Disclosure: | 7/19/2023 |
| Rebuttal Expert Disclosure: | 8/24/2023 |
| Dispositive Motion Filing: | 10/12/2023 |
| Final Pretrial Conference: | **1/16/2024 at 1:30 p.m.** |
| Proposed Jury Trial: | **3/19/2024 at 9:00 a.m.** |

Dated: February 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE