**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Attorneys for Plaintiffs

**JAMES A. WYATT**
Law Office of James A. Wyatt
P.O. Box 992338
Redding, CA 96099-2338
Tel: 530-244-6060
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOYNACHAN, et al. <br>     Plaintiffs, <br><br> v. <br><br> DARLENE SMILEY, et al. <br><br>     Defendants. | **Case: 2:22-cv-00841-WBS-JDP** <br><br> **STIPULATION AND ORDER TO FILE FIRST AMENDED ANSWER OF DEFENDANT SMILEY** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendant (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on 05/18/2022, Plaintiffs filed their Complaint. **(ECF No. 1).**

WHEREAS, on 06/16/2022, Defendants County of Siskiyou and Siskiyou County Sheriff's Deputy Darlene Smiley filed their Answer to Plaintiffs' Complaint. **(ECF NO. 5)**.

WHEREAS, it was error to answer the complaint on behalf of the County of Siskiyou in that the County was not individually named as a defendant in plaintiffs' complaint, the only named defendants being "DARLENE SMILEY, in her individual capacity as a law enforcement officer for SISKIYOU COUNTY SHERIFF'S OFFICE, and DOES 1-50, inclusive."

NOW THEREFORE, the Parties STIPULATE TO and JOINTLY REQUEST that Defendant Darlene Smiley be allowed to file her First Amended Answer to Plaintiffs' Complaint.

IT IS SO AGREED.

Dated: 4/26/2023                           /s/ Ty Clarke
                                           Ty Clarke
                                           Attorney for Plaintiffs

Dated: 4/26/2023                           /s/ James Wyatt
                                           James Wyatt
                                           Attorney for Defendant

**IT IS SO ORDERED.**

Dated: April 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE