**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOYNACHAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DARLENE SMILEY, et al.<br><br>Defendants. | **Case: 2:22-cv-00841-WBS-JDP**<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

   IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

   WHEREAS, on 02/23/2023, this Court issued an amended scheduling order. **(ECF No. 14).**

   WHEREAS, the Parties have already taken several depositions and will be taking more throughout the month of July, including Defendant Smiley, several other responding law

1  enforcement officers, and the medical examiner who conducted the autopsy on Plaintiff's

2  decedent.

3      WHEREAS, the Parties agree that their respective experts will need the transcripts form

4  these depositions in order to prepare informed Rule 26 reports and thus seek an extension to

5  the expert discovery deadlines.

6      WHEREAS, the proposed extension of expert discovery will require moving the rest of

7  the deadlines in this matter as well.

8      WHEREAS the Parties STIPULATE TO and JOINTLY REQUEST that this Court's

9

10  scheduling order (**ECF NO. 14**) be amended accordingly:

| | | |
|---|---|---|
| Expert Witness Disclosure: | ~~07/19/2023~~ | 09/15/2023 |
| Rebuttal Expert Disclosure: | ~~08/24/2023~~ | 09/29/2023 |
| Close of Discovery: | ~~09/25/2023~~ | 10/16/2023 |
| Dispositive Motion Filing: | ~~10/12/2023~~ | 11/02/2023 |
| Final Pretrial Conference: | ~~1/16/2024~~ | **3/11/2024, 1:30 p.m.** |
| Proposed Jury Trial: | ~~3/19/2024~~ | **5/29/2024, 9:00 a.m.** |

    IT IS SO AGREED.

Dated: 07/11/2023　　　　　　　　　　/s/ Ty Clarke
　　　　　　　　　　　　　　　　　　　Ty Clarke
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs


Dated: 07/11/2023　　　　　　　　　　/s/ James Wyatt
　　　　　　　　　　　　　　　　　　　James Wyatt
　　　　　　　　　　　　　　　　　　　Attorney for Defendants

**IT IS SO ORDERED.**

**Dated:  July 13, 2023**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**
**LOYNACHAN V. SMILEY**
- 2 -