UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEVIN LOYNACHAN and JANICE LOYNACHAN, individually and as successors-in-interest to Decedent CHAD LOYNACHAN,<br><br>Plaintiffs,<br><br>v.<br><br>DARLENE SMILEY, in her individual capacity as a law enforcement officer for SISKIYOU COUNTY SHERIFF'S OFFICE; and DOES 1-50, inclusive,<br><br>Defendant. | No. 2:22-cv-00841 WBS JDP<br><br>ORDER RE: MOTION FOR LEAVE TO AMEND COMPLAINT |

----oo0oo----

Plaintiffs Kevin Loynachan and Janice Loynachan move for leave to amend the operative complaint.  A party seeking amendment must show that the amendment is proper under Rule 15, see Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 608 (9th Cir. 1992) (citations omitted), under which leave to amend should be given "freely . . . when justice so requires," Fed. R. Civ. P.

1

15(a)(2).  Leave should be denied only if amendment (1) would cause prejudice to the opposing party, (2) is sought in bad faith, (3) would create undue delay, or (4) is futile.  Chudacoff v. Univ. Med. Ctr. of S. Nev., 649 F.3d 1143, 1152 (9th Cir. 2011) (citation omitted).  "[I]f a court finds that good cause exists, it should then deny a motion for leave to amend only if such amendment would be futile."  J & J Sports Prods., Inc. v. Maravilla, 2:12-cv-2899 WBS EFB, 2013 WL 4780764, at *1 (E.D. Cal. Sept. 5, 2013).

Plaintiffs seek leave to amend in order to add a claim for failure to provide post-arrest care under the Fourth Amendment.  (Mot. at 2-3 (Docket No. 24).)  They do so on the ground that they only recently learned that the defendant may have failed to provide reasonable post-arrest care to decedent Chad Loynachan after shooting him.  (Id.)

Defendant has not filed an opposition to the motion, and the deadline to do so has passed.  See L.R. 230(c).  In light of defendant's non-opposition, and good cause appearing, plaintiffs' motion will be granted.  See Johnson, 975 F.2d at 609; J & J Sports Prods., 2013 WL 4780764, at *1.

IT IS THEREFORE ORDERED that plaintiffs' motion for leave to file an amended complaint (Docket No. 24) be, and hereby is, GRANTED.  Plaintiffs are directed to file their amended complaint within ten days of the issuance of this Order.  The hearing on plaintiffs' motion set for October 16, 2023 is hereby VACATED.

Dated:  September 19, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE