UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOYNACHAN, *et al.*, | Case No. 2:22-cv-00841-WBS-JDP |
| Plaintiffs, | |
| v. | ORDER AFTER HEARING |
| DARLENE SMILEY, | |
| Defendant. | |

This case was before the court on October 5, 2023, for hearing on plaintiffs' motion to compel deposition testimony and for a protective order. ECF No. 25. Attorney Patrick Buelna appeared on behalf of plaintiffs, and attorney James Wyatt appeared on behalf of defendant.

For the reasons state on the record, it is hereby ORDERED that plaintiffs' motion, ECF No. 25, is granted in part and denied in part as follows:

1. Plaintiffs are granted leave to conduct a second deposition of third-party witness Chris Miller.

2. Attorney James Wyatt shall reimburse plaintiffs the reasonable expenses they incurred in conducting Miller's initial deposition and litigating the instant discovery motion. Fed. R. Civ. P. 30(d)(2). By no later than October 12, 2023, plaintiffs shall submit a declaration describing each cost they incurred. The declaration shall be accompanied by receipts, if any, and detailed billing records identifying the specific tasks counsel performed in litigating the instant discovery

1

motion and the time spent on each task.  Defendant may file a reply to plaintiffs' submission on or before October 19, 2023.

        3.  The balance of the motion is denied.

IT IS SO ORDERED.

Dated:    October 10, 2023   

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE