UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KEVIN LOYNACHAN and JANICE LOYNACHAN, individually and as successors-in-interest to Decedent CHAD LOYNACHAN,<br><br>Plaintiffs,<br><br>v.<br><br>DARLENE SMILEY, in her individual capacity as a law enforcement officer for SISKIYOU COUNTY SHERIFF'S OFFICE; and DOES 1-50, inclusive,<br><br>Defendant. | No. 2:22-cv-00841 WBS JDP<br><br>ORDER |

----oo0oo----

Defendant Darlene Smiley has appealed the court's denial of her motion for summary judgment on qualified immunity grounds. (Docket No. 47.) A federal court can stay a proceeding pending the outcome of an appeal. See Nken v. Holder, 556 U.S. 418, 421 (2009). The power to stay proceedings "is incidental to the power inherent in every court to control the disposition of

1

the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." <u>Landis v. N. Am. Co.</u>, 299 U.S. 248, 254 (1936).

The court in its discretion determines that a stay is appropriate at this time.  Accordingly, all proceedings in this case are hereby STAYED pending final adjudication of defendant's appeal, and all hearing dates are hereby VACATED.  The parties are directed to file a joint status report within ten days after the resolution of defendant's appeal.

IT IS SO ORDERED.

Dated:  February 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2