**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Zachary J. Ayre, SBN 356392
zayre@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Ty Clarke
POINTER & BUELNA, LLP
155 Filbert Street, Suite 208
Oakland, CA 94607
510-929-5400
tclarke@lawyersftp.com

Attorneys for Defendants
DARLENE SMILEY and SISKIYOU COUNTY SHERIFF'S OFFICE
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LOYNACHAN, individually and as successor-in-interest to Decedent CHAD LOYNACHAN; JANICE LOYNACHAN, individually and as successor-in-interest to Decedent CHAD LOYNACHAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DARLENE SMILEY, in her individual capacity as a law enforcement officer for SISKIYOU COUNTY SHERIFF'S OFFICE; and DOES 1-50, inclusive,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.  2:22-CV-00841-WBS-JDP<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FAC: 09/25/2023<br>Complaint Filed: 05/18/2022 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs KEVIN LOYNACHAN, individually and as successor-in-interest to Decedent CHAD LOYNACHAN; JANICE

LOYNACHAN, individually and as successor-in-interest to Decedent CHAD LOYNACHAN and Defendant DARLENE SMILEY, in her individual capacity as a law enforcement officer for SISKIYOU COUNTY SHERIFF'S OFFICE, by and through their counsel of record, that this action be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated: December 30, 2025        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By  /s/Carl L. Fessenden
                                    Carl L. Fessenden
                                    John R. Whitefleet
                                    Zachary J. Ayre
                                    Attorneys for Defendants

Dated: December 29, 2025        LAW OFFICE OF POINTER & BUELNA

                                By /s/  Ty Clarke  (Authorized on 12/29/2025)
                                    Ty Clarke
                                    Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 30, 2025       _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE